**WO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Jerry R. Hobbs,** | No. CV 08-0833-PHX-LOA |
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATION TO EXTEND TIME TO ANSWER** |
| **National Action Financial Services, Inc.,** | |
| Defendants. | |

Pursuant to the stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** approving the stipulation of the parties to extend the time for Defendant to answer the Complaint in this matter to June 2, 2008.

DATED this 15th day of May, 2008.

Lawrence O. Anderson
United States Magistrate Judge

    RESPECTFULLY SUBMITTED:   May 15, 2008   .


                                       s/ Floyd W. Bybee
                                    Floyd W. Bybee, #012651
                                    **LAW OFFICE OF**
                                    **FLOYD W. BYBEE, PLLC**
                                    4445 E. Holmes Avenue
                                    Suite 107
                                    Mesa, AZ 85206-5530
                                    Office:  (480) 756-8822
                                    Fax: (480) 302-4186
                                    floyd@bybeelaw.com

                                    Attorney for Plaintiff

Copy of the foregoing mailed
  May 15, 2008   to:

[defendant's address]



by   s/ Floyd W. Bybee