**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerry R. Hobbs., ) | No. CV-08-00833-PHX-LOA |
| ) | |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| ) | |
| vs. ) | |
| ) | |
| National Action Financial Services, Inc., ) a Georgia corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      This matter arises on the Court's review of the file. Plaintiff commenced this action on or about May 1, 2008. (docket # 1) Plaintiff filed his consent to the exercise of jurisdiction by a United States magistrate judge on May 6, 2008. (docket # 4)   Defendant National Action Financial Services, Inc., and Plaintiff filed a Stipulation for Extension of Time to Answer Complaint on or about May 14, 2008. (docket # 5)

      On May 15, 2008,  the undersigned issued a Notice of Assignment and Order (docket # 7) ordering that Defendant National Action Financial Services, Inc. shall file no later than June 2, 2008 either a written consent to the exercise of authority by the magistrate judge or a written election to have the case reassigned to a U. S district judge.

      Defendant National Action Financial Services, Inc., filed its Answer (docket # 8) on June 3, 2008.

As of this date, Defendant National Action Financial Services, Inc. has failed to file its written election to either consent to magistrate judge jurisdiction nor elect to proceed before a United States district judge.

District courts have the inherent power to control their dockets and in the exercise of that power may impose sanctions.

Because the period within which Defendant National Action Financial Services, Inc. was to file its written election has passed, the Court orders Defendant National Action Financial Services, Inc. to show cause in writing on or before **June 24, 2008** why this Court should not impose sanctions.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant National Action Financial Services, Inc., show cause in writing on or before **June 24, 2008** why this Court should not impose sanctions against it for failure to comply with this Court's Orders. Defendant may purge any sanctions by either consenting to magistrate judge jurisdiction or electing to have this case assigned to a district judge before the June 24, 2008 deadline.

DATED this 11th day of June, 2008.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge