WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jerry R. Hobbs, | ) | No. CV-08-0833-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| National Action Financial Services, Inc., | ) | |
| Defendant. | ) | |

The Court has received Defendant's consent to magistrate judge jurisdiction (docket #11) in response to the Court's Order to Show Cause issued June 12, 2008. (docket # 10)

Therefore,

**IT IS ORDERED** that the Court's Order to Show Cause issued June 12, 2008 (docket # 10) is hereby **DISCHARGED**.

DATED this 23rd day of June, 2008.

Lawrence O. Anderson
United States Magistrate Judge