1  Floyd W. Bybee, #012651
   **LAW OFFICE OF**
2  **FLOYD W. BYBEE, PLLC**
   4445 E. Holmes Avenue
3  Suite 107
   Mesa, Arizona 85206-5530
4  Office: (480) 756-8822
   Fax: (480) 302-4186
5  floyd@bybeelaw.com

6  Attorney for Plaintiff

7

8             **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF ARIZONA**

10
11 **Jerry R. Hobbs**,                )    No. CV 08-0833-PHX-LOA
12                                    )
13      Plaintiff,                    )
14 v.                                 )    **NOTICE OF SETTLEMENT**
15 **National Action Financial**      )
   **Services, Inc.**,                )
16                                    )
17      Defendants.                   )
18

19      Plaintiff, by and through counsel, hereby gives notice
20 that the parties have reached a settlement in this case, and
21 will submit appropriate dismissal papers within thirty (30)
22 days.
23 / / /
24 / / /
25

DATED  July 8, 2008  .

                           s/ Floyd W. Bybee
                           Floyd W. Bybee, #012651
                           **LAW OFFICE OF**
                           **FLOYD W. BYBEE, PLLC**
                           4445 E. Holmes Avenue
                           Suite 107
                           Mesa, Arizona 85206-5530
                           Office: (480) 756-8822
                           Fax: (480) 302-4186
                           floyd@bybeelaw.com

                           Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that on  July 8, 2008, a copy of this document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Cynthia L. Fulton
    **FULTON & FRIEDMAN, PLLC**
    130 N. Central Avenue
    Suite 200
    Phoenix, Arizona  85004-2368
    Attorneys for Defendant

by   s/ Floyd W. Bybee