**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerry R. Hobbs, | No. CV-08-0833-PHX-LOA |
| Plaintiff, | **ORDER** |
| vs. | |
| National Action Financial Services, Inc., | |
| Defendants. | |

This Court is in receipt of the Plaintiff's Notice of Settlement. (docket #16)

**IT IS ORDERED** the parties shall finalize their settlement papers and submit a Stipulation to Dismiss this case and Order on or before **August 8, 2008.** If the parties are unable to comply with this order in submitting a Stipulation to Dismiss, then the parties shall submit a Joint Status Report on or before **August 8, 2008** on why additional time is necessary to finalize this matter. Absent good cause shown, the failure to timely file a Joint Status Report may result in the dismissal of this case without prejudice.

**IT IS FURTHER ORDERED vacating** the Rule 16 Scheduling Conference set for **Friday, July 18, 2008 at 10:00 a.m.**

DATED this 16th day of July, 2008.

Lawrence O. Anderson
United States Magistrate Judge