**WO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |
|---|---|
| **Jerry R. Hobbs,**<br><br>    Plaintiff,<br><br>v.<br><br>**National Action Financial Services, Inc.,**<br><br>    Defendant. | No. CV-08-0833-PHX-LOA<br><br><br><br>**ORDER** |

Plaintiff and Defendant having stipulated to dismissal of this action, with prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action in its entirety, with prejudice, each party to bear its own attorney's fees and costs.

DATED this 31st day July, 2008.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge